IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRYAN ANGLE, II, | ) | |
|       Plaintiff, | ) | |
| | ) | C.A. No. 22-33 Erie |
|       v. | ) | |
| | ) | District Judge Susan Paradise Baxter |
| LT. SMITH, et al., | ) | Magistrate Judge Richard A. Lanzillo |
|       Defendants. | ) | |

**MEMORANDUM ORDER**

Plaintiff, an inmate incarcerated at the State Correctional Institution at Fayette ("SCI-Fayette"), originally filed this *pro se* civil rights action in the Court of Common Pleas of Erie County, Pennsylvania, against a number of staff members at SCI-Fayette, alleging violations of his federal constitutional rights under 42 U.S.C. § 1983, violations of the Religious Land Use and Institutionalized Persons Act (RLUIPA), 42 U.S.C. § 2000cc, et seq., and Pennsylvania state tort law claims. The case was removed to this Court by Notice of Removal filed by Defendants on January 31, 2022, and was referred to United States Magistrate Judge Richard A. Lanzillo for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. §636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

On February 18, 2022, Plaintiff filed a motion for injunctive relief [ECF No. 8] requesting the return of legal documents and a handmade kufi (religious headpiece) that he claims were wrongfully confiscated from his cell.

On April 20, 2022, Judge Lanzillo issued a Report and Recommendation ("R&R") recommending that Plaintiff's motion for injunctive relief be denied because he has failed to demonstrate either a likelihood of success on the merits or irreparable harm [ECF No. 15].

Plaintiff has filed timely objections to the R&R; however, they merely raise arguments that have already been appropriately considered and addressed by the Magistrate Judge.

After *de novo* review of Plaintiff's motion and other documents in the case, together with the report and recommendation and objections thereto, the following order is entered:

AND NOW, this 20th day of May, 2022;

IT IS HEREBY ORDERED that Plaintiff's motion for injunctive relief [ECF No. 8] is DENIED. The report and recommendation of Magistrate Judge Lanzillo, issued April 20, 2022 [ECF No. 15], is adopted as the opinion of the court.

*/s/ Susan Paradise Baxter*
SUSAN PARADISE BAXTER
United States District Judge

cc: The Honorable Richard A. Lanzillo
United States Magistrate Judge